IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

          Plaintiff,

    v.

EAGLE NEWS, INC., et al.,

          Defendants.

Case No.  16-cv-00678-MMC

**ORDER OF DISMISSAL**

The court-appointed mediator having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: September 16, 2016

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California